**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| *In re:* <br><br> **MANUEL A RIVERA SANCHEZ** <br><br><br> *xxx–xx–1917* <br><br> Debtor(s) | **Case No. 10–05668 ESL** <br><br> **Chapter 13** <br><br><br><br> FILED & ENTERED ON <br> *7/3/14* |

### *NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket #23 ) the following certification(s) is/are missing:

- ☑ Pursuant to FR1007 (b) (7) certification of Financial Management course.

    Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

- ☐ Pursuant to PR–LBR 3015–2 (j) certification of Domestic Support Obligation.
- ☐ Pursuant to Section USC 1328 (f) (1) and or (2).
- ☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Thursday, July 17, 2014 . Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, ***The 3rd of July, 2014***.

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By: ***INECITA COLLAZO***
Deputy Clerk